UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:23-cv-24089-PCH

DOUG LONGHINI,

    Plaintiff,

v.

PINE LAKE SHOPPING CENTER, LTD.,
RINCONCITO CUBANO OF KENDALL, INC.,
D/B/A RINCONCITO CUBANO, 6208 SOUTH
DIXIE, LLC., D/B/A HOLE IN THE WALL, and
ARCADE ODYSSEY LLC D/B/A ARCADE ODYSSEY,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, ("Plaintiff"), and Defendant, ARCADE ODYSSEY LLC D/B/A ARCADE ODYSSEY ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled as to Defendant, ARCADE ODYSSEY LLC D/B/A ARCADE ODYSSEY *only* and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on December 12, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Arturo L. Arca* |
| ANTHONY J. PEREZ | ARTURO L. ARCA |
| Florida Bar No. 535451 | Florida Bar No. 63354 |
| GARCIA-MENOCAL & PEREZ, P.L. | TREMBLY LAW FIRM |
| 350 Sevilla Avenue, Suite 200 | 9700 South Dixie Highway, PH 1100 |
| Coral Gables, Fl 33134 | Miami, Florida 33156 |
| Telephone: (305) 553- 3464 | Telephone: (305) 431-5678 |
| Email:  ajperez@lawgmp.com | E-Mail: arturo@tremblylaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, Arcade Odyssey* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 12, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; jreyes@lawgmp.com

By: /s/ Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar No.: 535451