UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24089-PCH

DOUG LONGHINI,

    *Plaintiff*,

v.

PINE LAKE SHOPPING CENTER, LTD., RINCONCITO CUBANO OF KENDALL, INC., D/B/A RINCONCITO CUBANO, 6208 SOUTH DIXIE, LLC., D/B/A HOLE IN THE WALL, and ARCADE ODYSSEY LLC D/B/A ARCADE ODYSSEY,

    *Defendants*.

_____/



CLOSED CIVIL CASE

## ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS CAUSE** is before the Court on Plaintiff Doug Longhini's and Defendants Pine Lake Shopping Center Ltd.'s, Rinconcito Cubano of Kendall Inc.'s, and 6028 South Dixie LLC's Joint Stipulation of Dismissal with Prejudice [ECF No. 22], filed on December 18, 2023, and Plaintiff's and Defendant Arcade Odyssey LLC's Joint Stipulation of Dismissal with Prejudice [ECF No. 21], filed on December 12, 2023.  The Court has reviewed the Stipulations and is otherwise duly advised.  Accordingly, it is

**ORDERED AND ADJUDGED** that all of Plaintiff's claims in this civil action are hereby **DISMISSED WITH PREJUDICE**.  All pending motions in this civil action are thus **DENIED as MOOT**.  And the clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida on December 19, 2023.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record